UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DARRYL MCGORE,

    Plaintiff,

Case No. 2:17-cv-203

v.

Honorable Paul L. Maloney

CATHERINE BAUMAN et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  April 23, 2018                  /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge